1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAN HODA,

            Plaintiffs,

       v.

EQUIFAX, INC., et al.,

            Defendants.

**\*E-FILED - 12/23/05\***

CASE NO.: C-04-02313-RMW

**ORDER OF DISMISSAL**

     The Court having been advised on April 13, 2005, that this case has been settled and no party having advised that the settlement has fallen through.

     It is hereby ordered that this case is dismissed with prejudice.

     The Clerk may close the file.

DATED: <u>December 23, 2005</u>

                          ***/s/ Ronald M. Whyte***
                          RONALD M. WHYTE
                UNITED STATES DISTRICT JUDGE

1

2  Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL
Case No. C-04-02313-RMW